UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:11-cv-61700-WPD

DONNA M. FRANCIS, individually,

     Plaintiff,

v.

SYNDICATED OFFICE SYSTEMS, INC.,
(doing business as "Central Financial Control"),
a foreign corporation,

     Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

The undersigned attorney hereby gives notice that the above-styled action is hereby dismissed with prejudice.  Each side shall bear their own costs and fess in this matter except as otherwise agreed to by the parties.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on 27th day of August, 2011 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served on this 27th day of August, 2011 upon Alan Lash, Esq., Lash & Goldberg, 100 SE 2nd Street, Miami, Florida 33131; Email: alash@lashgoldberg.com either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

_s/ Scott D. Owens_
**SCOTT D. OWENS, ESQ.**
2000 E. Oakland Park Blvd.
Suite 106
Ft. Lauderdale, Florida 33306
(954) 306-8104 Phone
(954) 337-0666 Fax
Florida Bar No.: 0597651
scott@scottdowens.com