UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-61700-CIV-DIMITROULEAS

DONNA M. FRANCIS, individually,

    Plaintiff,

vs.

SYNDICATED OFFICE SYSTEMS, INC.,
(doing business as "Central Financial Control"),
a foreign corporation,

    Defendant.
_____/

**ORDER APPROVING NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

THIS CAUSE is before the Court upon Plaintiff's Notice of Dismissal With Prejudice [DE 9], filed herein on August 27, 2011.  The Court has carefully considered the Notice and is otherwise fully advised in the premises.  Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action without a court order "before the opposing party serves either an answer or a motion for summary judgment," as is the case here.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's  Plaintiff's Notice of Dismissal With Prejudice [DE 9] is hereby **APPROVED**;

2. This action is hereby **DISMISSED with prejudice**;

3. The Clerk shall **CLOSE** this case and **DENY** all pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this 29th day of August, 2011.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record